IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EASTMAN INDUSTRIES d/b/a
INGERSOLL TRACTOR CO.,

    Plaintiff,

v.

NORLEN INCORPORATED d/b/a
NORLEN MANUFACTURING, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 07-C-275-C

    This action came before the court and a jury with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been decided and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Eastman Industries d/b/a Ingersoll Tractor Co. against defendant Norlen Incorporated d/b/a Norlen Manufacturing, Inc., granting summary judgment on its claim for conversion with respect to the issue of defendant's liability for converting plaintiff's tooling and awarding damages in the amount of $55,000.00.

Approved as to form this 16th day of May, 2008.

*Barbara B. Crabb*
BARBARA B. CRABB, DISTRICT JUDGE

THERESA M. OWENS
By: L. Jensen, Deputy Clerk
Theresa M. Owens, Clerk of Court

MAY 19 2008
Date